# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### DIVISION

UNITED STATES OF AMERICA

vs.

Elijah James CHISOLM

**CRIMINAL COMPLAINT**

CASE NUMBER: 5:08MJ051-LAB

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about April 17, 2006 extending to April 24, 2008, in Bay County, in the Northern District of Florida, the defendant did knowingly and intentionally possess with the intent to distribute more than 50 grams of a mixture and substance containing cocaine base, a controlled substance in violation of Title 21, United States, Code, Section 841(a)(1); furthermore, the defendants did combine, conspire, confederate, and agree with each other and others to possess with the intent to distribute more than 50 grams of a mixture and substance containing cocaine base, a controlled substance in violation of Title 21, United States Code, Section 846.

I further state that I am a Special Agent with Drug Enforcement Administration, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: X Yes ☐ No

Special Agent Michael H. Clear
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, on May 9, 2008, at Panama City, Florida.

LARRY A. BODIFORD
U.S. Magistrate Judge