IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

JONATHAN CELLEN BOLWARE
 a/k/a Nail,
ELIJAH JAMES CHISOLM
 a/k/a Jamie,
 and
FLOYD KIMBALL
_____/

SUPERSEDING INDICTMENT
Case No. 5:08cr22/RS

THE GRAND JURY CHARGES:

COUNT ONE

That between on or about April 17, 2006, and the date of this Indictment, in the Northern District of Florida and elsewhere, the defendants,

JONATHAN CELLEN BOLWARE
a/k/a Nail,
ELIJAH JAMES CHISOLM
a/k/a Jamie,
and
FLOYD KIMBALL,

did knowingly and willfully combine, conspire, confederate, and agree together, and with other persons to distribute and possess with intent to distribute more than fifty (50) grams of a mixture and substance containing cocaine base, commonly known as "crack cocaine," in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

All in violation of Title 21, United States Code, Section 846.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2008 JUN -3 PM 12: 26

FILED

## COUNT TWO

That on or about July 20, 2006, in the Northern District of Florida, the defendants,

**JONATHAN CELLEN BOLWARE**
**a/k/a Nail,**
**and ELIJAH JAMES CHISOLM**
**a/k/a Jamie,**

did knowingly and intentionally distribute more than fifty (50) grams of a mixture and substance containing cocaine base, commonly known as "crack cocaine," in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii), and Title 18, United States Code, Section 2.

## COUNT THREE

That on or about July 25, 2006, in the Northern District of Florida, the defendant,

**JONATHAN CELLEN BOLWARE**
**a/k/a Nail,**

did knowingly and intentionally distribute more than fifty (50) grams of a mixture and substance containing cocaine base, commonly known as "crack cocaine," in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

## COUNT FOUR

That on or about August 14, 2006, in the Northern District of Florida, the defendant,

**JONATHAN CELLEN BOLWARE**
**a/k/a Nail**
**and**
**FLOYD KIMBALL,**

did knowingly and intentionally distribute more than fifty (50) grams of a mixture and substance containing cocaine base, commonly known as "crack cocaine," in violation of Title 21, United

States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii), and Title 18, United States Code, Section 2.

## COUNT FIVE

That on or about April 10, 2008, in the Northern District of Florida, the defendant,

**ELIJAH JAMES CHISOLM**
**a/k/a Jamie,**

did knowingly and intentionally distribute more than five (5) grams of a mixture and substance containing cocaine base, commonly known as "crack cocaine," in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## COUNT SIX

That on or about April 11, 2008, in the Northern District of Florida, the defendant,

**ELIJAH JAMES CHISOLM**
**a/k/a Jamie,**

did knowingly and intentionally distribute more than five (5) grams of a mixture and substance containing cocaine base, commonly known as "crack cocaine," in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## COUNT SEVEN

That on or about April 24, 2008, in the Northern District of Florida, the defendant,

**ELIJAH JAMES CHISOLM**
**a/k/a Jamie,**

did knowingly and intentionally distribute a mixture and substance containing cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## CRIMINAL FORFEITURE

The allegations contained in Counts One through Seven of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violations alleged in Counts One through Seven of this Indictment, punishable by imprisonment for more than one year, the defendants,

**JONATHAN CELLEN BOLWARE**
a/k/a Nail,
**ELIJAH JAMES CHISOLM**
a/k/a Jamie,
and
**FLOYD KIMBALL,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all of their interest in:

A. Property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as the result of such violations; and

B. Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

i. cannot be located upon the exercise of due diligence;

ii. has been transferred or sold to, or deposited with, a third party;

iii. has been placed beyond the jurisdiction of this Court;

iv. has been substantially diminished in value; or

4

v. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants, up to the value of the above forfeitable property.

Pursuant to Title 21, United States Code, Section 853(a).

A TRUE BILL:

**REDACTED**
FOREPERSON

6/3/04
DATE

GREGORY R. MILLER
United States Attorney

MICHAEL T. SIMPSON
Assistant United States Attorney