**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA**

    **vs.**                                                          5:08cr22-RS

**ELIJAH JAMES CHISOLM**
_____/

## INFORMATION AND NOTICE OF INTENT

COMES NOW THE UNITED STATES OF AMERICA, pursuant to Section 851 of Title 21 of the United States Code, and gives notice that should Elijah James Chisolm be convicted of a drug offense under this Indictment, then the United States will seek enhanced penalties as provided under Sections 841 and 851 of Title 21 of the United States Code.

1. Defendant has been charged in Count One and Two of the Superseding Indictment with an offense involving the distribution of more than fifty (50) grams of cocaine base, commonly known as "crack cocaine," in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A). These offenses are charged as occurring in and after 2006. Based upon the quantities which the government anticipates proving, defendant would normally be subject to penalties including imprisonment from ten years to life, a fine of up to $4,000,000, and a five year term of supervised release for these charges.

2. Defendant has been charged in Counts Five and Six of the Superseding Indictment with offenses involving the distribution of more than five (5) grams of cocaine

base, commonly known as "crack cocaine," in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B). These offenses are charged as occurring in 2008. Based upon the quantities which the government anticipates proving, defendant would normally be subject to penalties including imprisonment from five to forty years, a fine of up to $2,000,000, and a four year term of supervised release for this charge.

3. Defendant has been charged in Count Seven of the Superseding Indictment with an offense involving the distribution of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). This offense is charged as occurring in 2008. Based upon the quantities which the government anticipates proving, defendant would normally be subject to penalties including imprisonment up to twenty years, a fine of up to $1,000,000, and a three year term of supervised release for this charge.

4. On or about April 19, 1994, Elijah James Chisolm was convicted of the offense of Possession on Controlled Substance (cocaine) in the Circuit Court for Bay County, Florida in Case no. 93-2263. . Although the original disposition was a withholding of adjudication, this counts as a conviction for purposes of sentence enhancement. . United States v. Mejias, 47 F.3d 401, 403 (1th Cir. 1995); United States v. Fernandez, 58 F.3d 593, 599 (11th Cir. 1995). Defendant was adjudged guilty upon revocation of probation, on June 5, 1996.

5. On or about February 5, 1998, Elijah James Chisolm was convicted of Possession With Intent to Distribute in the Circuit Court for Bay County, Florida, in each of cases no. 97-2934 and 97-3067.

6. Additional details are in the discovery which is being provided and in the files of the courts of conviction.

7. It is believed that the convictions set out above will subject defendant to a term of mandatory life imprisonment, a fine of up to $8,000,000, and a ten year term of supervisory

release on Counts One and Two. It is believed that the convictions set out above will subject defendant to a term from ten years to life imprisonment, a fine of up to $4,000,000, and an eight year term of supervisory release on Counts Five and Six. It is believed that the convictions set out above will subject defendant to a term of up to thirty years imprisonment, a fine of up to $2,000,000, and a six year term of supervisory release on Count Seven.

8. The government will seek all enhanced penalties which are available in this case.

Respectfully submitted,

GREGORY R. MILLER
United States Attorney


*s/Michael T. Simpson*
MICHAEL T. SIMPSON
Assistant U.S. Attorney
Florida Bar No. 254,339
111 North Adams St., 4th Floor
Tallahassee, FL 32301
(850) 942-8430

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by electronic filing this 10th day of June, 2008, to **Dustin S. Stephenson, Esq.**


*s/Michael T. Simpson*