### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                          5:08cr22-RS

**ELIJAH JAMES CHISOLM**
_____/

### VERDICT

### COUNT ONE

We, the jury, unanimously find the Defendant, ELIJAH JAMES CHISOLM

__✓__   GUILTY of the offense of conspiring to distribute or to possess with intent to distribute a mixture or substance containing cocaine base, commonly known as "crack cocaine," as charged in Count One.

_____   NOT GUILTY.

If you have found the Defendant guilty of this offense, you must specify the amount of the mixture or substance containing cocaine base for which he is responsible, indicating your unanimous decision by checking the appropriate space. (If you have found the Defendant not guilty, then your work on Count One is done):

We, the jury, unanimously find the Defendant, ELIJAH JAMES CHISOLM is responsible for conspiring to distribute or to possess with intent to distribute (check one):

✓    Fifty (50) or more grams of a mixture or substance containing cocaine base.

_____    Five (5) or more grams of a mixture or substance containing cocaine base, but less than fifty (50) grams.

_____    A mixture or substance containing cocaine base, but less than five (5) grams.

## COUNT TWO

We, the jury, unanimously find the Defendant, ELIJAH JAMES CHISOLM

✓    GUILTY of the offense of distributing a mixture or substance containing cocaine base, commonly known as "crack cocaine," as charged in Count Two.

_____    NOT GUILTY.

If you have found the Defendant guilty of this offense, you must specify the amount of the mixture or substance containing cocaine base for which he is responsible, indicating your unanimous decision by checking the appropriate space. (If you have found the Defendant not guilty, then your work on Count Two is done):

We, the jury, unanimously find the Defendant, ELIJAH JAMES CHISOLM is responsible for distributing (check one):

__✓__       Fifty (50) or more grams of a mixture or substance containing cocaine base.

_____       Five (5) or more grams of a mixture or substance containing cocaine base, but less than fifty (50) grams.

_____       A mixture or substance containing cocaine base, but less than five (5) grams.

## COUNT FIVE

We, the jury, unanimously find the Defendant, ELIJAH JAMES CHISOLM

__✓__       GUILTY of the offense of distributing a mixture or substance containing cocaine base, commonly known as "crack cocaine," as charged in Count Five.

_____       NOT GUILTY.

If you have found the Defendant guilty of this offense, you must specify the amount of the mixture or substance containing cocaine base for which he is responsible, indicating your unanimous decision by checking the appropriate space. (If you have found the Defendant not guilty, then your work on Count Five is done):

We, the jury, unanimously find the Defendant, ELIJAH JAMES CHISOLM is responsible for distributing (check one):

✓     Five (5) or more grams of a mixture or substance containing cocaine base.

\_\_\_\_\_     A mixture or substance containing cocaine base, but less than five (5) grams.

## COUNT SIX

We, the jury, unanimously find the Defendant, ELIJAH JAMES CHISOLM

✓     GUILTY of the offense of distributing a mixture or substance containing cocaine base, commonly known as "crack cocaine," as charged in Count Six.

\_\_\_\_\_     NOT GUILTY.

If you have found the Defendant guilty of this offense, you must specify the amount of the mixture or substance containing cocaine base for which he is responsible, indicating your unanimous decision by checking the appropriate space. (If you have found the Defendant not guilty, then your work on Count Six is done):

We, the jury, unanimously find the Defendant, ELIJAH JAMES CHISOLM is responsible for distributing (check one):

✓     Five (5) or more grams of a mixture or substance containing cocaine base.

\_\_\_\_\_     A mixture or substance containing cocaine base, but less than five (5) grams.

## COUNT SEVEN

We, the jury, unanimously find the Defendant, ELIJAH JAMES CHISOLM

✓     GUILTY of the offense of distributing cocaine, as charged in Count Seven.

_____     NOT GUILTY.

SO SAY WE ALL on this 9th day of January, 2009.

**REDACTED**
_____
Foreperson's Signature